# COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -1 P 4:06

CLERK OF COURT

(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Henan Zaal

v.

(Full name of defendant(s))

Aurora Health Care
Metro, Inc.,

Case Number: 26-C 1168

PEPPER

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
__3333 S. 99th Ct. Apt. 6__ (State)
__Milw, WI 53227__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Aurora Health Care__
__Metro, Inc.__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___

(State, if known)

and (if a person) resides at ___3388 S. 92nd Ct___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Aurora Health Care Metro, Inc.___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

My complaint is that I was wrongfully terminated for discriminatory reasons (Title VII of the Civil Rights Act of 1964 based on national origin and FMLA Interference and Retaliation that my former employer, that Aurora Health Care Metro, Inc, wrongfully terminated her employment. I (Mr. Zaal) is of the muslim faith, who was also terminated because of discrimination based on national origin. I was terminated because I was Muslim. Aurora Health Care Metro, Inc,

did not fire any non-muslims, This meets the definition of discrimination.

The former employer Aurora Health Care Metro, Inc.) has no evidence that I ever violated a company policy, which indicates that I was discriminated against based on national origin.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 0 .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the Court to remove the allegations from my employee file, and the do-not-rehire hold needs to be removed, so I can apply at other locations or some of Aurora Health Care Metro, Inc, and othe Aurora Health Care Clinics and hospitals.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____1_____ day of ___July___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

(414) 429-6719
_____
Plaintiff's Telephone Number

Kenanzaoil@yahoo.com
_____
Plaintiff's Email Address

3333 S. 99th Ct, Apt 6
_____
Milw, WF 53227
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5